**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> JOSEPH E MCNEIL <br> BEVERLY J MCNEIL <br> Debtor(s) | Case No. 11-40763 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/06/2011.

2) The plan was confirmed on 12/08/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/28/2012.

5) The case was dismissed on 02/28/2013.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $12,535.55.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,796.84 |
| Less amount refunded to debtor | $748.12 |

**NET RECEIPTS:** $11,048.72

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $520.30 |
| Other | $378.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,398.30

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT MANAGEMENT SVC | Unsecured | 222.00 | 281.84 | 281.84 | 15.07 | 0.00 |
| ACCOUNT MANEGEMENT SERVICE | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT MANEGEMENT SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES MGM | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,143.65 | 1,235.44 | 1,235.44 | 130.66 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 476.00 | 476.00 | 476.00 | 41.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,079.34 | 1,199.81 | 1,199.81 | 126.88 | 0.00 |
| ARONSON FURNITURE | Secured | 1,530.00 | 0.00 | 500.00 | 500.00 | 12.15 |
| ARONSON FURNITURE | Secured | 1,456.00 | 0.00 | 500.00 | 500.00 | 12.15 |
| ARONSON FURNITURE | Unsecured | 1,530.00 | NA | NA | 0.00 | 0.00 |
| ARONSON FURNITURE | Unsecured | 1,456.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,307.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 189.05 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 158.00 | 199.01 | 199.01 | 17.14 | 0.00 |
| ATT | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BRYLANE HOME | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | NA | 7,050.00 | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 16,268.05 | 16,268.05 | 1,720.46 | 0.00 |
| CARDIOLOGY ASSOCIATES | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY ASSOCIATES | Unsecured | 2,267.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY ASSOCIATES | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE NETWORK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 5,481.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 13,234.34 | 18,733.47 | 18,733.47 | 1,981.19 | 0.00 |
| COMMUNITY HOSPITAL PATIENT AC | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| DCPS | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| DR PETER NEALE | Unsecured | 69.90 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 689.16 | 689.16 | 689.16 | 59.37 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FINGERHUT/DIRECT MARKETING | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| HIGHLAND OPEN MRI | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 216.20 | NA | NA | 0.00 | 0.00 |
| IMAGINE | Unsecured | 1,163.00 | NA | NA | 0.00 | 0.00 |
| INDIANA SUGERY & MEDICAL | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 514.00 | 514.00 | 514.00 | 44.27 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 400.00 | 400.00 | 42.31 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 0.50 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 386.28 | 322.79 | 75.00 | 75.00 | 0.00 |
| KMART | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 38.18 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 31.90 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 1,064.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL P MARGELEFSKY | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 163.89 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,437.00 | 1,467.18 | 1,467.18 | 155.17 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,295.00 | 1,294.88 | 1,294.88 | 136.94 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 972.00 | 991.83 | 991.83 | 104.90 | 0.00 |
| MIDWEST VERIZON WIRELESS | Unsecured | 1,472.09 | NA | NA | 0.00 | 0.00 |
| MUTUAL HOSPITAL SERVICES | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL HOSPITAL SERVICES | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 302.74 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 241.07 | 380.47 | 380.47 | 40.23 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | 780.00 | 461.10 | 461.10 | 39.71 | 0.00 |
| NUMARK CREDIT UNION | Secured | 589.45 | 0.00 | 589.45 | 589.45 | 14.58 |
| PARK DANSAN | Unsecured | 698.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF CHICAGO | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF CHICAGO | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOCIATES OF CHGO | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOCIATES OF CHGO | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY OK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY OK | Unsecured | 579.55 | NA | NA | 0.00 | 0.00 |
| PAYDAY OK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 341.13 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 501.00 | 501.65 | 501.65 | 43.22 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 438.00 | 341.13 | 341.13 | 36.08 | 0.00 |
| PREMIER BANK CARD | Unsecured | 176.00 | 240.58 | 240.58 | 17.59 | 0.00 |
| PREMIER BANK CARD | Unsecured | 499.00 | 499.16 | 499.16 | 42.98 | 0.00 |
| PREMIER BANK CARD | Unsecured | 450.00 | 449.80 | 449.80 | 47.57 | 0.00 |
| RICHARD P KOMYATTE & ASSOCIAT | Unsecured | 652.68 | NA | NA | 0.00 | 0.00 |
| RICHARD P KOMYATTE & ASSOCIAT | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| SALUTE | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| SAND RIDGE DENTAL ASSOCIATES | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST RECOVERY SERVICE | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| SST CARD SERVICE | Unsecured | 530.69 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 1,064.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST MARGARET MERCY HEALTHCAR | Unsecured | 2,606.43 | NA | NA | 0.00 | 0.00 |
| SUN CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 972.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| THE WESTMORELAND AGENCY | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 972.00 | 572.33 | 572.33 | 60.51 | |
| TRIBUTE MASTERCARD | Unsecured | 1,071.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |
| VANRU CREDIT | Unsecured | 898.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | NA | 414.50 | 414.50 | 43.84 | 0.00 |
| WALMART | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| YVANHOE DENTAL GROUP | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| YVANHOE DENTAL GROUP | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $664.45 | $664.45 | $14.58 |
| All Other Secured | $1,000.00 | $1,000.00 | $24.30 |
| **TOTAL SECURED:** | **$1,664.45** | **$1,664.45** | **$38.88** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,611.39** | **$4,947.09** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,398.30 |
| Disbursements to Creditors | $6,650.42 |
| **TOTAL DISBURSEMENTS :** | **$11,048.72** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/15/2013                    By:/s/ Tom Vaughn
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**